Clarice A. Spicker, Bar #029964
Alexis N. Tinucci, Bar #034860
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1706
Fax: (602) 200-7810
cspicker@jshfirm.com
atinucci@jshfirm.com

Attorneys for Defendant Western Express, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Dawn Filakousky Schille, an adult individual,<br><br>                              Plaintiff,<br><br>v.<br><br>Western Express, Inc., a foreign corporation; Does I-X; ABC Companies I-X,<br><br>                              Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant Western Express, Inc. ("Removing Defendant"), by and through undersigned counsel, hereby files the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2022-050709, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant states as follows:

**I.      JURISDICTION**

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

Plaintiff claims personal injuries as a result of Removing Defendant's alleged liability. Plaintiff alleges she "sustained injuries which have resulted in considerable pain, suffering, inconvenience and loss of enjoyment of life" and further "incurred medical and

10826435.1

related expenses for her care and treatment all and has lost earnings." Plaintiff has also certified this case as Tier 2, signaling the damages are worth between $50,000 and $300,000. Defendant has requested Plaintiff's counsel confirm whether her damages are less than or greater than $75,000.00. To date, Plaintiff's counsel has indicated that she cannot confirm that the damages sought are less than $75,000. Accordingly, Defendant relies on Plaintiff's allegations in her First Amended Complaint and correspondence with Plaintiff's counsel to support the amount in controversy sought exceeds $75,000.00.

According to the First Amended Complaint and upon information and belief, Plaintiff Dawn Filakousky Schille is domiciled in Maricopa County, Arizona, where she presumably intends to remain. Accordingly, Plaintiff is considered a citizen of Arizona.

Removing Defendant Western Express, Inc., is incorporated in Tennessee with a principal place of business in Nashville, Tennessee. Removing Defendant Western Express, Inc. is therefore considered domiciled in Tennessee and a citizen of Tennessee.

Plaintiff filed her First Amended Complaint on May 23, 2022 removing Defendants Gary Eugene Mack and Jane Doe Mack as Defendant Mack is deceased. However, even if Plaintiff had not dismissed these Defendants, they were residents of California and domiciled there, and therefore were citizens of California prior to Defendant Mack's death.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Removing Defendant, who is the only Defendant who has joined and been served in this lawsuit, consents to the removal of this action.

## II.   COMPLIANCE WITH LRCIV 3.6(B)

Pursuant to LRCiv 3.6(b), the following documents are attached as exhibits to this Notice:

| Exhibit No. | Documents Included: |
|---|---|
| 1 | Civil Cover Sheet (JS-44) |
| 2 | Supplemental Civil Cover Sheet |

2

10826435.1

| | | |
|---|---|---|
| | **3** | **Maricopa County Superior Court Docket as of August 10, 2022** |
| | **4** | • Plaintiff's First Amended Complaint filed 5/23/2022<br>• Plaintiff's Complaint filed 3/3/2022 |
| | **5** | **Service Documents:**<br>• Summons for Defendant Western Express, Inc.<br>• Acceptance of Service on Behalf of Defendant Western Express, Inc. |
| | | **Answers**<br>• (None) |
| | | **State Court orders terminating or dismissing parties**<br>• (None) |
| | | **Notices of Appearance**<br>• (None) |
| | | **Pending Motions, Responses and Replies**<br>• (None) |
| | **6** | **Remainder of the State Court Record**<br>• Summons for Gary Eugene Mack<br>• Summons for Jane Doe Mack<br>• Summons for XYZ Corporations I-X<br>• Summons for ABC Partnerships I-X<br>• Summons for John Does I-X<br>• Summons for Jane Does I-X<br>• Plaintiff's Certificate of Compulsory Arbitration<br>• Court's Notice of Intent to Dismiss for Lack of Service<br>• Plaintiff's Motion to Extend Service Deadline<br>• Court's Order granting Plaintiff's Motion to Extend Service Deadline<br>• Court's Returned Mail re Gary Eugene Mack<br>• Defendant Western Express Inc.'s Notice of Filing Notice of Removal |

### III. ANSWERS OR ORDERS TERMINATING OR DISMISSING PARTIES

As of this date, no Defendant has filed an answer, and the state court has not entered any orders terminating or dismissing parties.

3

10826435.1

### IV. OPERATIVE PLEADING

The above-captioned case commenced when Plaintiff filed a Complaint in Superior Court in and for Maricopa County, on March 3, 2022. *See* Complaint and First Amended Complaint filed on May 23, 2022, attached hereto as **Exhibit 4**.

### V. SERVICE OF PROCESS

According to the documents filed, the Removing Defendant was served with process of the First Amended Complaint on July 27, 2022, attached as **Exhibit 5**.

### VI. TIMELINESS AND UNANIMITY OF REMOVAL

Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

This Notice of Removal is filed within thirty (30) days of when the original Complaint was served on Removing Defendant Western Express, Inc. and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

### VII. STATUS OF PENDING MOTIONS

Not applicable.

### VIII. VERIFICATION OF FILING ALL PLEADINGS AND OTHER DOCUMENTS FROM STATE COURT FILINGS

A Notice of Filing Notice of Removal, a true and correct copy of which is included in **Exhibit 6**, is being filed this same date in the Superior Court for the State of Arizona, in the County of Maricopa, Case No. CV2022-050709, on behalf of Western Express, Inc.

True and correct copies of all pleadings and other documents filed in the state court proceeding have been filed herewith as described above.

**WHEREFORE**, Removing Defendant hereby requests that the above action now pending in the Superior Court in and for Maricopa County, Arizona, be removed to this Court.

4

10826435.1

DATED this 10th day of August, 2022.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Clarice A. Spicker
Alexis N. Tinucci
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Western Express, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Ben R. Jemsek
ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, AZ 85020
Email: bjemsek@zacharlaw.com
Attorney for Plaintiff


/s/R.L. Harrington

5

10826435.1